## UNITED STATES v. JOSEPH HARRIS & SONS, Inc., et al.

### No. 9332.

Circuit Court of Appeals, Third Circuit.

Argued June 6, 1947.

Decided June 12, 1947.

Frederic M. P. Pearse, of Newark, N. J., for appellants.

---

[1] See 67 S.Ct. 1191.

Chas. J. Tyne, Asst. U. S. Atty., of Newark, N. J., for appellee.

Before McLAUGHLIN, O'CONNELL and KALODNER, Circuit Judges

PER CURIAM.

Our independent examination of the record satisfies us that the evidence in this case showed the existence of a conspiracy and was sufficient to justify a finding that the appellants intended to defraud the United States. The Court below committed no error in submitting the case to the jury. We find no error and will affirm the judgment of conviction.